# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# at GREENEVILLE

| | |
|---|---|
| DEWEY S. FRAZIER, | ) |
| *Plaintiff*, | ) |
| v. | ) No.: 2:14-cv-219-TWP-DHI |
| DERRICK SCHOFIELD, Comm'r of Tenn. Dep't of Corr., and GERALD MCALLISTER, Warden, | ) |
| *Defendants*. | ) |

## JUDGMENT

In accordance with the accompanying Memorandum and Order, this action is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to prosecute and to comply with the orders of the Court. Because the Court has certified that any appeal from this action would not be taken in good faith and would be frivolous, should the plaintiff file a notice of appeal, he must also submit an application for leave to proceed on appeal without prepayment of the filing fee, a financial affidavit, and a certified copy of his six-month inmate trust account statement.

**ENTER:**

s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT